On November 12, 1985, this court issued its opinion remanding this cause for hearing with counsel present on the question of the appellant's understanding of the range of punishment at the time he entered his plea of guilty. SeeCarter v. State, 291 Ala. 83, 277 So.2d 896 (1973) and McNalley v. State, 468 So.2d 209
(Ala.Crim.App. 1985). *Page 193 
Under date of August 18, 1988, a return to remand was filed in this court indicating that a hearing was conducted in the Circuit Court of Jefferson County, Alabama, on February 21, 1986, at which time the following order was entered:
 "On the 21st day of February, 1986, after a hearing in this case pursuant to the remand order of the Court of Appeals, the Court is satisfied that the defendant was not fully aware of the minimum terms of punishment, and the plea of guilty is hereby set aside."
In view of the above order, the appeal in this court is hereby dismissed as moot.
APPEAL DISMISSED AS MOOT.
All the Judges concur.